# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KEVIN W. MULLENS

NO. 2020 KW 0060

**MAR 0 3 2020**

---

In Re:     Kevin W. Mullens, applying for supervisory writs, 21st
           Judicial District Court, Parish of East Baton Rouge,
           No. 1602147.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT DENIED ON THE SHOWING MADE.** This court cannot properly review the claims raised in the writ application. Relator failed to include the complete application for postconviction relief, the transcript of the guilty plea proceeding, the complete investigative report prepared by the Hammond Police Department, and the complete lab report prepared by the Louisiana State Crime Laboratory. He also failed to include the bill of information, the uniform commitment order, pertinent district court minutes, and any other portions of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application shall be filed on or before May 1, 2020. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.